EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 45 |
|--------|--------------|
| Damián F. Planas Merced | 181 DPR ____ |

Número del Caso: TS 11,242

Fecha: 29 de marzo de 2011

Abogado de la Parte Peticionaria:

  Por derecho propio

Oficina de Inspección de Notarías:

  Lcda. Lourdes Quintana Llorens
  Directora

Materia: Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Damián F. Planas Merced                    TS-11,242

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de marzo de 2011.

Examinada la "*Moción solicitando procedimiento para la reinstalación en el Ejercicio de la Notaría* y un "*Informe sobre estado de obra notarial incautada*", que presentó el Lcdo. Damián F. Planas Merced, se readmite a este último al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo